Amber L. Schubert (No. 278696)
**SCHUBERT JONCKHEER & KOLBE LLP**
2001 Union Street, Suite 200
San Francisco, CA 94123
Tel: (415) 788-4220
Fax: (415) 788-0161
aschubert@sjk.law

Fletch Trammell (TX Bar No. 24042053)
*Pro hac vice*
**TRAMMELL PC**
3262 Westheimer, #423
Houston, TX 77098
Tel: (800) 405-1740
Fax: (800) 532-0992
fletch@trammellpc.com

Don Bivens (AZ Bar No. 005134)
*Pro hac vice forthcoming*
**DON BIVENS, PLLC**
15169 N. Scottsdale Road, Suite 205
Scottsdale, AZ, 85254
Tel: (602) 762-2661
don@donbivens.com

***Counsel for Plaintiffs***

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VANESSA BELL, DESTINEY MURRAH, and SEAN NUGENT, individually and as the representatives of a class of similarly situated persons, <br><br> Plaintiffs, <br> vs. <br><br> R.J. REYNOLDS VAPOR COMPANY, R.J. REYNOLDS TOBACCO COMPANY, REYNOLDS AMERICA INC., and BRITISH AMERICAN TOBACCO P.L.C, <br><br> Defendants. | Case No.: 3:25-cv-04521-TLT <br><br> **NOTICE OF VOLUNTARY DISMISSAL OF CLAIMS AGAINST DEFENDANT REYNOLDS AMERICA INC. WITHOUT PREJUDICE** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs Vanessa Bell, Destiney Murrah, and Sean Nugent, by and through their counsel of record, hereby voluntarily dismiss their claims against Defendant Reynolds America Inc. in this action without prejudice. This dismissal does not impact Plaintiff's claims against the remaining Defendants, R.J. Reynolds Vapor Company, R.J. Reynolds Tobacco Company, and British American Tobacco p.l.c., which remain pending in this Court.

Dated: January 20, 2026                    /s/ *Amber L. Schubert*

Amber L. Schubert (No. 278696)
**SCHUBERT JONCKHEER & KOLBE LLP**
2001 Union Street, Suite 200
San Francisco, CA 94123
Tel: (415) 788-4220
Fax: (415) 788-0161
aschubert@sjk.law

Fletch Trammell (TX Bar No. 24042053)
*Pro hac vice*
**TRAMMELL PC**
3262 Westheimer, #423
Houston, TX 77098
Tel: (800) 405-1740
Fax: (800) 532-0992
fletch@trammellpc.com

Don Bivens (AZ Bar No. 005134)
*Pro hac vice forthcoming*
**DON BIVENS, PLLC**
15169 N. Scottsdale Road, Suite 205
Scottsdale, AZ, 85254
Tel: (602) 762-2661
don@donbivens.com

***Counsel for Plaintiffs***

NOTICE OF VOLUNTARY DISMISSAL OF CLAIMS AGAINST DEFENDANT REYNOLDS AMERICA INC.
WITHOUT PREJUDICE

2