UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

VANESSA BELL, et al.,

          Plaintiffs,

      v.

R.J. REYNOLDS VAPOR COMPANY, et al.,

          Defendants.

Case No. 25-cv-04521-TLT

**JUDGMENT**

Re: Dkt. Nos. 87, 89

On February 20, 2026, the Court granted In-Part and Denying-In-Part Defendants' Motion to Dismiss the First Amended Complaint.  ECF 87.

On March 5, 2026, Plaintiffs filed a Notice of Election not to Amend and Requested an Entry of Final Judgment.  ECF 89.

Pursuant to Federal Rule of Civil Procedure 58, the Court hereby ENTERS judgment in favor of Defendants R.J. Reynolds Vapor Company, R.J. Reynolds Tobacco Company, Reynolds America, Inc., British American Tobacco p.l.c., and against Plaintiffs Vanessa Bell, Destiney Murrah, and Sean Nugent.

The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: March 9, 2026

_____
TRINA L. THOMPSON
United States District Judge

United States District Court
Northern District of California